# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>LILLIAN DEL CARMEN HERNANDEZ<br><br>Debtor. | Case No. 13-29105-EEB<br><br>Chapter 7 |
| MARINA PERAZA,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>DENNIS KING, CHAPTER 7 TRUSTEE,<br><br>Defendant/Counterclaim-Plaintiff. | Adv. Proc. No. 19-1367 |
| LILLIAN DEL CARMEN HERNANDEZ,<br><br>Intervenor-Defendant. | |

## ANSWER

Intervenor-Defendant Lillian Del Carmen Hernandez ("**Intervenor-Defendant**") hereby submits her Answer in intervention to Plaintiff/Counterclaim-Defendant Marina Peraza's ("Peraza") Complaint.

### JURISDICTION AND VENUE

1. Intervenor-Defendant admits the allegations of this paragraph.
2. Intervenor-Defendant admits the allegations of this paragraph.
3. Intervenor-Defendant admits the allegations of this paragraph.

### PARTIES

4. Intervenor-Defendant denies the allegations of this paragraph.
5. Intervenor-Defendant admits the allegations of this paragraph.
6. Intervenor-Defendant admits the allegations of this paragraph.

## GENARL ALLEGATIONS

**A. Debtor's Bankruptcy Filing**

7. Intervenor-Defendant admits the allegations of this paragraph.

8. Intervenor-Defendant admits the allegations of this paragraph.

9. Intervenor-Defendant admits the allegations of this paragraph.

10. Intervenor-Defendant admits the allegations of this paragraph.

11. Intervenor-Defendant admits the allegations of this paragraph.

12. Intervenor-Defendant admits the allegations of this paragraph.

13. Intervenor-Defendant admits the allegations of this paragraph.

14. Intervenor-Defendant admits the allegations of this paragraph.

15. Intervenor-Defendant admits the allegations of this paragraph.

16. Intervenor-Defendant admits the allegations of this paragraph.

17. Intervenor-Defendant admits the allegations of this paragraph.

18. Intervenor-Defendant admits the allegations of this paragraph.

19. Intervenor-Defendant admits the allegations of this paragraph.

20. Intervenor-Defendant admits the allegations of this paragraph.

**B. Ms. Peraza's Ownership of the Property**

21. Intervenor-Defendant admits the allegations of this paragraph.

22. Intervenor-Defendant admits the allegations of this paragraph.

23. Intervenor-Defendant denies the allegations of this paragraph.

24. Intervenor-Defendant denies the allegations of this paragraph.

25. Intervenor-Defendant denies the allegations of this paragraph.

26. Intervenor-Defendant admits the allegations of this paragraph.

27. Intervenor-Defendant denies the allegations of this paragraph.

28. Intervenor-Defendant admits the allegations of this paragraph.

29. Intervenor-Defendant admits the allegations of this paragraph.

30. Intervenor-Defendant admits the allegations of this paragraph.

31. Intervenor-Defendant admits the allegations of this paragraph.

32. Intervenor-Defendant admits the allegations of this paragraph.

33. Intervenor-Defendant denies the allegations of this paragraph.

34. Intervenor-Defendant denies the allegations of this paragraph.

35. The document referenced in this paragraph speaks for itself and Intervenor-Defendant denies any allegations inconsistent with the same.

36. Intervenor-Defendant denies the allegations of this paragraph.

37. Intervenor-Defendant denies the allegations of this paragraph.

38. Intervenor-Defendant denies the allegations of this paragraph.

39. Intervenor-Defendant denies the allegations of this paragraph.

40. Intervenor-Defendant denies the allegations of this paragraph.

41. Intervenor-Defendant denies the allegations of this paragraph.

42. Intervenor-Defendant denies the allegations of this paragraph.

43. Intervenor-Defendant denies the allegations of this paragraph.

**C. Debtor's Eviction Proceeding**

44. Intervenor-Defendant admits the allegations of this paragraph.

45. Intervenor-Defendant admits the allegations of this paragraph.

46. The document referenced in this paragraph speaks for itself and Intervenor-Defendant denies any allegations inconsistent with the same.

47. Intervenor-Defendant admits the allegations of this paragraph.

48. Intervenor-Defendant admits the allegations of this paragraph.

**D. Additional Allegations of the Debtor's Fraud**

49. Intervenor-Defendant denies the allegations of this paragraph.

50. Intervenor-Defendant admits the allegations of this paragraph.

51. Intervenor-Defendant admits the allegations of this paragraph.

52. Intervenor-Defendant admits the allegations of this paragraph.

53. Intervenor-Defendant denies the allegations of this paragraph.

54. Intervenor-Defendant denies the allegations of this paragraph.

55. Intervenor-Defendant denies the allegations of this paragraph.

56. Intervenor-Defendant denies the allegations of this paragraph.

57. Intervenor-Defendant denies the allegations of this paragraph.

58. Intervenor-Defendant denies the allegations of this paragraph.

59. Intervenor-Defendant denies the allegations of this paragraph.

**FIRST CLAIM FOR RELIEF**

(Declaratory Judgment)

60. Intervenor-Defendant incorporates her prior responses.

61. Intervenor-Defendant denies the allegations of this paragraph.

62. Intervenor-Defendant denies the allegations of this paragraph.

63. Intervenor-Defendant denies the allegations of this paragraph.

64. Intervenor-Defendant denies the allegations of this paragraph.

65. Intervenor-Defendant denies the allegations of this paragraph.

66. Intervenor-Defendant denies the allegations of this paragraph.

67. Intervenor-Defendant admits that there is a controversy concerning the Property, but denies that Peraza has any interest in the Property except as a tenant.

68. Intervenor-Defendant denies the allegations of this paragraph.

69. Intervenor-Defendant admits the allegations of this paragraph.

70. Intervenor-Defendant admits the allegations of this paragraph.

71. Intervenor-Defendant denies the allegations of this paragraph.

72. Intervenor-Defendant denies the allegations of this paragraph.

**GENERAL DENIAL**

Intervenor-Defendant denies all allegations not specifically admitted, and denies that Peraza is entitled to the relief sought.

**AFFIRMATIVE DEFENSES**

1. Peraza fails to state a claim upon which relief may be granted.

2. Peraza's claims are barred by the statute of limitations.

3. Peraza's claims are barred by the doctrine of laches.

4. Peraza's claims are barred by estoppel.

5. Peraza's claims are barred by waiver.

6. Intervenor-Defendant reserves the right to list additional affirmative defenses as discovery reveals them.

Respectfully submitted this 7th day of February, 2020.

                                            **Vedra Law LLC**

By:   /s/ Daniel J. Vedra
          Daniel J. Vedra
          *Attorneys for Defendant*