**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

Minute Order

Date: October 21, 2020 **Honorable Elizabeth E. Brown, Presiding**
Ruth S. Mares, Law Clerk

In re:

Lilian Del Carmen Hernandez, **Case No. 13-29105 EEB**
Chapter 7
Debtor.

Marina Peraza,

Plaintiff, **Adversary Proceeding No. 19-1367 EEB**

v.

Tom H. Connolly, chapter 7 trustee and
Lilian Del Carmen Hernandez,

Defendants.

Appearances

| | | | |
|---|---|---|---|
| Trustee | | Counsel | |
| Debtor(s) | | Counsel | |
| Plaintiff | | Counsel | Jamie Buechler* |
| Defendant | Tom Connolly, chapter 7 trustee | Counsel | Gabrielle Palmer* |
| Defendant | Lilian Del Carmen Hernandez | Counsel | Daniel Vedra* |
| Creditor | | Counsel | |

*Telephone appearance

Proceedings: **Adversary Proceeding Status Conference**

☐ Witnesses Sworn   ☐ See Attached List   ☐ Exhibits Entered   ☒ Evidentiary Hearing[1]
☐

Orders:
☒ The Court will hold a trial on this matter on **Monday, December 7, 2020,** at **9:30 a.m.**, before the Honorable Elizabeth E. Brown, in Courtroom F, United States Bankruptcy Court, 721 19th Street, Denver, CO 80202**.**

1. **On or before November 23, 2020,** the parties shall:

   a. Exchange pre-marked exhibits with one another. Plaintiff/Movant shall use numbers. Defendant/Respondent shall use letters. For every exhibit exceeding ten (10) pages in length, the party shall sequentially number each page of that

---

[1] This hearing is considered evidentiary for statistical purposes.

    exhibit at the bottom of the page.  *Do not file the exhibits with the Court*, except as provided in paragraph 2(a)(i) below.

    b. File with the Court and serve on opposing party(parties) a List of Witnesses and Exhibits, substantially in the form of L.B.F. 9070-1.1.

2. **On or before November 30, 2020,** the parties shall:

    a. File with the Court and serve on opposing party(parties) any written objections to the opposing party's exhibits.

        (i) If written objections are filed, the objector must attach a copy of the contested exhibit for the Court's review, unless the nature of the objection involves the fact that the party proffering the exhibit has failed to adequately identify and/or exchange it.

        (ii) If written objections are not filed, then all objections except as to relevancy will be deemed waived.

        (iii) The parties should be aware, however, that if the party offering the exhibit never refers to the exhibit either during testimony or in closing argument, then in the Court's discretion, it may not review or consider the exhibit, despite its admission into evidence.

3. **After the hearing,** the parties shall retain custody of their own exhibits in accordance with Local Bankruptcy Rule 9070-1(a)(3).

☒  The trial will be conducted by Zoom video conference.  The Court will issue a separate order setting forth additional procedures and deadlines for the Zoom trial.

---

Date: October 21, 2020

BY THE COURT:

*Elizabeth E. Brown* (signature)

_____
Elizabeth E. Brown, U.S. Bankruptcy Judge